# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY JASON VERNEUIL

NO. 2021 KW 1575

**JANUARY 31, 2022**

---

In Re:    Gregory Jason Verneuil, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5725-M-2020.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT